UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **JUNGE, ALEC J** ) | Case No. 06-03772 | |
| **JUNGE, MARY E** ) | | |
| Debtor(s). ) | Hon. **A. BENJAMIN GOLDGAR** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing <u>on the Abandonment of Property by the Trustee</u>**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
2. 
    At:   Lakehurst Branch Court – Courtroom B, 430 Lakehurst Road, Waukegan, IL 60085

    On: **April 25, 2008**          Time: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                                                                                     $241,961.19

    Disbursements                                                                                          $146,509.20

    Net Cash Available for Distribution                                                          $95,451.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $10,272.60 | $29.60 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,777.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $38,534.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 109.65% including 4.85% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Target National Bank (F.K.A. Retail | $4,478.02 | $4,910.01 |
| 000002 | Edfinancial Services For Edsouth | $6,234.93 | $6,836.40 |
| 000003 | Citibank South Dakota N A | $10,252.15 | $11,241.16 |
| 000004 | Citibank (Usa) N.A. | $17,569.80 | $19,264.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **March 28, 2008**                              For the Court,

                                                        By:   **KENNETH S. GARDNER**
                                                             CLERK OF BANKRUPTCY COURT

| | |
|---|---|
| Trustee: | Joseph E. Cohen |
| | Cohen & Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

```
BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7               Page 1 of 1              Date Rcvd: Mar 28, 2008
Case: 06-03772                 Form ID: pdf002           Total Served: 20

The following entities were served by first class mail on Mar 30, 2008.
 db         +Alec J Junge,    914 21st Street,    Zion, IL 60099-2740
 jdb        +Mary E Junge,    914 21st Street,    Zion, IL 60099-2740
 aty        +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
 aty        +Gary N Foley,    Shaw & Foley LLC,    33 N County St Ste 302,    Waukegan, IL 60085-4322
 aty        +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
 aty        +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
 aty        +Linda M Kujaca,    SmithAmundsen, LLC,    150 N. Michigan Avenue,    Suite 3300,
              Chicago, IL 60601-6004
 tr         +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
10682590    +Att&t Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10682591    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10682592    +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10682593    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
10899672    +Citibank (USA) N.A.,    POB 182149,    Columbus, OH 43218-2149
10888935    +Citibank South Dakota N A,    C/O Citibank/Choice,    Exception Payment Processing,    Pob 6305,
              The Lakes,NY 88901-6305
10682594    +Edfinancial Services for Edsouth,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
10682595    +Great Lakes Credit Union,    2525 Green Bay Road,    North Chicago, IL 60064-3082
10682596    +Jc Penney,    Po Box 981127,    El Paso, TX 79998-1127
10793087    +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10682597    +Target Nb,    Po Box 9475,    Minneapolis, MN 55440-9475
10682598   +++Wells Fargo Bank NA,    c/o McCalla Raymer etal,    Bankruptcy Department,    1544 Old Alabama Road,
              Roswell, GA 30076-2102
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2008**          **Signature:** *Joseph Speetjens*