UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ALEC J JUNGE | ) | Case No. 06-03772 |
| MARY E JUNGE | ) | |
| Debtor(s). | ) | **Hon. A. BENJAMIN GOLDGAR** |

### FINAL DISTRIBUTION REPORT

I, JOSEPH E. COHEN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $12,335.53 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $38,534.90 |
| Interest (726(a)(5)): | $4,009.27 |
| Surplus to Debtor (726(a)(6)): | $40,555.22 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $95,434.92 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $12,335.53 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph E. Cohen Trustee Compensation | $10,528.43 | $10,528.43 |
| | Joseph E. Cohen Trustee Expenses | $29.60 | $29.60 |
| | Cohen & Krol Attorney for Trustee Fees | $1,777.50 | $1,777.50 |
| | **CLASS TOTALS** | **$12,335.53** | **$12,335.53** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 38,534.90 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Citibank (Usa) N.A. General Unsecured 726 | $17,569.80 | $17,569.80 |
| 000003 | Citibank South Dakota N A General Unsecured 726 | $10,252.15 | $10,252.15 |
| 000002 | Edfinancial Services For Edsouth&Nb General Unsecured 726 | $6,234.93 | $6,234.93 |
| 000001 | Target National Bank (F.K.A. Retail General Unsecured 726 | $4,478.02 | $4,478.02 |
| | CLASS TOTALS | $38,534.90 | $38,534.90 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 38,534.90 | 10.40 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Citibank (Usa) N.A. General Unsecured 726 | $17,569.80 | $1,828.01 |
| 000003 | Citibank South Dakota N A General Unsecured 726 | $10,252.15 | $1,066.66 |
| 000002 | Edfinancial Services For Edsouth&Nb General Unsecured 726 | $6,234.93 | $648.70 |
| 000001 | Target National Bank (F.K.A. Retail General Unsecured 726 | $4,478.02 | $465.90 |
| | CLASS TOTALS | $38,534.90 | $4,009.27 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $40,555.22 | 100.00 |
| Alec J. & Mary E. Junge | 40,555.22 | 40,555.22 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| NONE | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Respectfully Submitted

Date:  May 27, 2008

*/s/ Joseph E. Cohen, Trustee*
JOSEPH E. COHEN, Trustee
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Il  60602
312-368-0300